# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MR. PERRY MART, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIV-15-182-C |
| -vs- ) | *Hon. Robin J. Cauthron* |
| ) | |
| ADMIRAL INSURANCE COMPANY, ) | Noble County Dist. Ct. |
| ) | Case No. CJ-2014-00022 |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL OF ADMIRAL INSURANCE COMPANY

Plaintiff Mr. Perry Mart, Inc., and Defendant Admiral Insurance Company, as authorized by FED.R.CIV.P. 41(a)(1)(A)(ii), jointly stipulate to dismiss with prejudice all claims asserted by Plaintiff Mr. Perry Mart, Inc., against Defendant Admiral Insurance Company in this matter. The Parties agree to bear their respective costs, including all attorneys' fees and expenses related to the above action.

**Dated this 3rd day of March 2016.**

Respectfully submitted,

FOSSHE & YAFFE, P.C.

/s/ J. Drew Houghton
J. Drew Houghton (OBA #18080)
Post Office Box 890420
Oklahoma City, OK 73189
Telephone: (405) 378-3033
Facsimile: (405) 601-1103

Email: dhoughton@fossheeyaffe.com

*-and-*

1

MERLIN LAW GROUP, P.A.

/s/ Larry E. Bache
Larry E. Bache (FL Bar No. 91304)
777 S. Harbour Blvd., 9th Floor
Tampa, FL 33602
Telephone: (813) 229-3692
Facsimile: (813) 229-3692
Email: lbache@merlinlawgroup.com

*Attorneys for Plaintiff,*
*Mr. Perry Mart, Inc.*

PIERCE COUCH HENDRICKSON
   BAYSINGER & GREEN, L.L.P.

/s/ Seth D. Coldiron
 J. Chris Condren ( OBA# 01841)
Seth D. Coldiron (OBA# 20041)
Post Office Box 26350
Oklahoma City, OK  73126-0350
Telephone:  (405) 235-1611
Facsimile:    (405) 235-2904
Email:  ccondren@piercecouch.com
           scoldiron@piercecouch.com
*(electronically signed with approval)*

*Attorneys for Defendant,*
*Admiral Ins. Co.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record as listed below, on this the 3rd day of March, 2016.

*Via CM/ECF Electronic Service*

| | |
|---|---|
| J. Chris Condren, Esq.<br>Seth D. Coldiron, Esq.<br>PIERCE COUCH HENDRICKSON<br>  BAYSINGER & GREEN, L.L.P.<br>Post Office Box 26350<br>Oklahoma City, OK  73126-0350<br>Telephone:  (405) 235-1611<br>Facsimile:   (405) 235-2904<br><br>*Attorneys for Defendant,*<br>*Admiral Ins. Co.* | Phillip N. Sanov, Esq.<br>MERLIN LAW GROUP, P.A.<br>Three Riverway, Suite 701<br>Houston, TX 77056<br>Telephone: (713) 626-8880<br>Facsimile: (713) 626-8881<br><br>*-and-*<br><br>Larry E. Bache, Esq.<br>MERLIN LAW GROUP, P.A.<br>777 S. Harbour Blvd., 9th Floor<br>Tampa, FL 33602<br>Telephone: (813) 229-3692<br>Facsimile: (813) 229-3692<br><br>*Attorneys for Plaintiff,*<br>*Mr. Perry Mart, Inc.* |

                                              /s/ J. Drew Houghton
                                              J. Drew Houghton